# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Robey | CASE No C  3:16-cv-07212-EMC |
| Plaintiff(s) | |
| v. | STIPULATION AND [PR~~OPOSE~~D] ORDER SELECTING ADR PROCESS |
| Toyota Motor Sales, U.S.A., Inc. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☑ **Private ADR** (*specify process and provider*)
   Private Mediation

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☑ other requested deadline: December 15, 2017

Date: 3/2/2017          s/ Mark S. Greenstone
_____
                        Attorney for Plaintiff

Date: 3/2/2017          s/ Tamara A. Bush
_____
                        Attorney for Defendant

☑ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:   3/6/17

U.S. ___ ___ ___ ___ STRATE JUDGE

IT IS SO ORDERED

Judge Edward M. Chen

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On March 2, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 2, 2017, at Los Angeles, California.


*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 3:16-cv-07212-EMC Robey v. Toyota Motor Sales, U.S.A., Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tamara Alicia Bush**
  tbush@dykema.com

- **Janet L. Conigliaro**
  jconigliaro@dykema.com,docket@dykema.com,jjackson@dykema.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com,info@glancylaw.com

- **John Mark Thomas**
  jthomas@dykema.com,abooth@dykema.com,ranger@dykema.com,docket@dykema.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)