GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiff*

DYKEMA GOSSETT LLP
Tamara A. Bush (SBN 197153)
tbush@dykema.com
John M. Thomas (SBN 266842)
jthomas@dykema.com
Abriami Gnandadesigan (SBN 263375)
aganadesigan@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457 – 1800
Facsimile: (213) 457 -1850

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROBEY, Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiff,<br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendant. | Case No.  3:16-cv-07212-EMC<br><br>Hon. Edward M. Chen<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE AMENDED COMPLAINT AND RESPONSE THERETO** |

Plaintiff Michael Robey ("Plaintiff") and Defendant Toyota Motor Sales, U.S.A., Inc. ("Defendant"), hereby submit this Joint Stipulation and Proposed Order Concerning Time to File Amended Complaint and Response Thereto.

**WHEREAS**, Plaintiff's complaint was filed on December 16, 2016.

**WHEREAS**, Defendant filed a motion to dismiss the complaint on February 24, 2017.

**WHEREAS**, Plaintiff intends to file an amended complaint in lieu of responding to Defendant's motion to dismiss.  Plaintiff's amended complaint is due on March 17, 2017.

**WHEREAS**, the wife of Plaintiff's counsel, Mark S. Greenstone, is expecting to deliver on March 5, 2017.  As a result, Mr. Greenstone anticipates being away from the office for the first half of March.

**WHEREAS**, Defendant's counsel, Tamara A. Bush, has a prescheduled vacation from April 9, 2017 through April 15, 2017.

**WHEREAS**, the parties have not previously requested an extension of time of time from the Court.

**IT IS THEREFORE STIPULATED AND AGREED BETWEEN THE PARTIES THAT**, subject to the Court's approval:

1.      The date for Plaintiff to file an amended complaint shall be continued from March 17, 2017 to April 7, 2017.

2.      Defendant's response to Plaintiff's amended complaint shall be filed on or before May 12, 2017.

Dated:  March 3, 2017     GLANCY PRONGAY & MURRAY LLP


            By:  *s/ Mark S. Greenstone*
            Lionel Z. Glancy
            Mark S. Greenstone
            1925 Century Park East, Suite 2100
            Los Angeles, California 90067
            Telephone: (310) 201-9150
            Facsimile:  (310) 201-9160
            E-mail: mgreenstone@glancylaw.com

            *Attorneys for Plaintiffs*

Dated:  March 3, 2017     DYKEMA GOSSETT LLP


            By:  *s/ Tamara A. Bush*
            Tamara A. Bush (SBN 197153)
            tbush@dykema.com
            John M. Thomas (SBN 266842)
            jthomas@dykema.com
            Abriami Gnandadesigan (SBN 263375)
            aganadesigan@dykema.com
            333 South Grand Avenue
            Suite 2100
            Los Angeles, CA 90071
            Telephone: (213) 457 – 1800
            Facsimile: (213) 457 -1850
            *Attorneys for Defendant*


### **General Order 45, Section X Certification**

   The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section X(B).


            \*   \*   \*

353963.1 PRIUSHEADLIGHT

1

[PROPOSED] ORDER

2      Having reviewed the parties' Joint Stipulation and Proposed Order Concerning Time

3 to File Amended Complaint and Response Thereto, and good cause appearing, **IT IS**

4 **HEREBY ORDERED THAT**:

5

6 1.     The date for Plaintiff to file an amended complaint shall be continued from March 17,

7 2017 to April 7, 2017.

8      2.     Defendant's response to Plaintiff's amended complaint shall be filed on or

9 before May 12, 2017.

10      3.     5/4/17 hearing on motion to dismiss is vacated.

11
12 Dated: _____3/6_____, 2017 _____

13                                                    The Edward M. Chen
                                                     United States District Judge



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION
Case No.  3:16-cv-07212-EMC
- 3 -

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On March 3, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 3, 2017 at Los Angeles, California.


*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 3:16-cv-07212-EMC Robey v. Toyota Motor Sales, U.S.A., Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tamara Alicia Bush**
  tbush@dykema.com

- **Janet L. Conigliaro**
  jconigliaro@dykema.com,docket@dykema.com,jjackson@dykema.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com,info@glancylaw.com

- **John Mark Thomas**
  jthomas@dykema.com,abooth@dykema.com,ranger@dykema.com,docket@dykema.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)