# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROBEY, Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendant. | Case No. 3:16-cv-07212-EMC<br><br>[Assigned to Hon. Edward M. Chen]<br><br>**CLASS ACTION**<br><br>**PR~~OPOSED~~ ORDER RE STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   December 16, 2016<br>Complaint Served: January 6, 2017 |

The Court, having considered the parties' Joint Stipulation and good cause having been shown, ORDERS that:

1. The case management conference currently set for March 16, 2017 be continued to May 25, 2017.

IT IS SO ORDERED.

DATED: 3/6/17

_____
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-CV-07212-EMC