DYKEMA GOSSETT LLP
Tamara A. Bush (SBN 197153)
*tbush@dykema.com*
John M. Thomas (SBN. 266842)
*jthomas@dykema.com*
Janet L. Conigliaro (P72629) Pro Hac Vice
jconigliaro@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: mgreenstone@glancylaw.com

Attorneys for Plaintiffs
MICHAEL ROBEY, MOE ASGHARNIA and
JAMES COMB Individually and On Behalf
of a Class of Similarly Situated Individuals

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROBEY, MOE ASGHARNIA and JAMES COMB Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-07212-EMC<br><br>[Assigned to Hon. Edward M. Chen]<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>Complaint Filed: December 16, 2016<br>Complaint Served: January 6, 2017<br>1st Amended Complaint Filed: April 7, 2017 |

1
JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE
RESPONSE TO AMENDED COMPLAINT
CASE NO. 3:16-CV-07212-EMC

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Plaintiff MICHAEL ROBEY, MOE ASGHARNIA and JAMES COMB Individually and On Behalf of a Class of Similarly Situated Individuals ("Plaintiffs"), and Defendant TOYOTA MOTOR SALES, U.S.A., INC. ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed this putative class action complaint against Defendant in the Northern District of California, San Francisco Division, on December 16, 2016 (the "Complaint");

**WHEREAS**, Plaintiffs served the Complaint on Defendant on January 5, 2017;

**WHEREAS**, Defendant filed a Motion to Dismiss the Complaint on February 24, 2017;

**WHEREAS**, Plaintiffs filed an Amended Complaint on April 7, 2017, containing significant amendments;

**WHEREAS**, Defendant's response to Plaintiffs' Amended Complaint is currently due on May 12, 2017;

**WHEREAS**, the Parties are engaged in discussions to determine whether it is feasible to resolve this matter without the need for further litigation;

**WHEREAS**, the Parties agree that a brief two-week continuance of the deadline for Defendant to respond to Plaintiffs' Amended Complaint will facilitate the Parties' settlement discussions, and result in a more efficient expenditure of judicial resources;

**WHEREAS**, the Parties request that Defendant's deadline to respond to Plaintiffs' Amended Complaint, currently set for May 12, 2017, be continued to May 26, 2017;

**WHEREAS**, the Parties have previously requested one extension of time for Defendant to file a response to Plaintiffs' Amended Complaint;

**WHEREAS**, counsel for Defendant, as the filer of this document, attests that concurrence in the filing of the document has been obtained from each of the other signatories;

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**, subject to the Court's approval:

1. Defendant's response to Plaintiffs' Amended Complaint shall be continued from May 12, 2017, until May 26, 2017.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

Dated: May 9, 2017  DYKEMA GOSSETT LLP

By: /s/ Tamara A. Bush .
John M. Thomas
Tamara A. Bush
Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

Dated: May 9, 2017  GLANCY PRONGAY & MURRAY LLP

By: /s/ Mark S. Greenstone .
Lionel Z. Glancy
Mark S. Greenstone
Attorneys for Plaintiffs
MICHAEL ROBEY, MOE ASGHARNIA
and JAMES COMB Individually and On
Behalf of a Class of Similarly Situated
Individuals

## **General Order 45, Section X Certification**

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section X(B).

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Stipulation and [Proposed] Order Concerning Time to File Response to Amended Complaint, and for good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Defendant's response to Plaintiffs' Amended Complaint shall be continued from May 12, 2017, until May 26, 2017.

**IT IS SO ORDERED.**

DATED:_____May 10, 2017_____
M. CHEN
DISTRICT JUDGE



DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071