DYKEMA GOSSETT LLP
Tamara A. Bush (SBN 197153)
*tbush@dykema.com*
John M. Thomas (SBN. 266842)
*jthomas@dykema.com*
Janet L. Conigliaro (P72629) Pro Hac Vice
*jconigliaro@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: mgreenstone@glancylaw.com

Attorneys for Plaintiffs
MICHAEL ROBEY, MOE ASGHARNIA and
JAMES COMB Individually and On Behalf
of a Class of Similarly Situated Individuals

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROBEY, MOE ASGHARNIA and JAMES COMB Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>            Plaintiffs,<br><br>      vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION,<br><br>            Defendants. | Case No. 3:16-cv-07212-EMC<br><br>[Assigned to Hon. Edward M. Chen]<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>Complaint Filed:     December 16, 2016<br>Complaint Served:   January 5, 2017<br>1st Amended Complaint Filed:  April 7, 2017 |

1

JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE
RESPONSE TO AMENDED COMPLAINT
CASE NO. 3:16-CV-07212-EMC

1       Plaintiff MICHAEL ROBEY, MOE ASGHARNIA and JAMES COMB Individually and On

2   Behalf of a Class of Similarly Situated Individuals ("Plaintiffs"), and Defendant TOYOTA

3   MOTOR SALES, U.S.A., INC. ("Defendant") (collectively the "Parties"), by and through their

4   respective counsel, hereby stipulate as follows:

5       **WHEREAS**, Plaintiffs filed this putative class action complaint against Defendant in the

6   Northern District of California, San Francisco Division, on December 16, 2016 (the "Complaint");

7       **WHEREAS**, Plaintiffs served the Complaint on Defendant on January 5, 2017;

8       **WHEREAS**, Defendant filed a Motion to Dismiss the Complaint on February 24, 2017;

9       **WHEREAS**, Plaintiffs filed an Amended Complaint on April 7, 2017, containing

10   significant amendments;

11       **WHEREAS**, on May 10, 2017, pursuant to stipulation of the parties, this court entered an

12   order granting an extension of time until May 26, 2017 for Defendant to file a response to Plaintiffs'

13   Amended Complaint;

14       **WHEREAS**, the Parties are continuing discussions to determine whether it is feasible to

15   resolve this matter without the need for further litigation;

16       **WHEREAS**, the Parties agree that a 45-day continuance of the deadline for Defendant to

17   respond to Plaintiffs' Amended Complaint will facilitate the Parties' settlement discussions, and

18   result in a more efficient expenditure of judicial resources.  The parties have made some progress in

19   their discussions and do not presently believe a further continuance will be necessary;

20       **WHEREAS**, the Parties request that Defendant's deadline to respond to Plaintiffs'

21   Amended Complaint, currently set for May 26, 2017, be continued to July 10, 2017;

22       **WHEREAS**, the Parties have previously requested two extensions of time for Defendant to

23   file a response to Plaintiffs' Amended Complaint;

24       **WHEREAS**, counsel for Defendant, as the filer of this document, attests that concurrence in

25   the filing of the document has been obtained from each of the other signatories;

26       **IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**, subject to the

27   Court's approval:

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

2

JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE
RESPONSE TO AMENDED COMPLAINT

1.    Defendant's response to Plaintiffs' Amended Complaint shall be continued from May 26, 2017, until July 10, 2017.  If by that date the parties have reached an agreement in principal, they shall notify the Court and provide a timeframe by which they believe a settlement will be finalized, Defendant shall be relieved of its obligation to respond to the Complaint during that period, subject to the Court's approval.

Dated:  May 25, 2017                          DYKEMA GOSSETT LLP


                                             By:  /s/ Tamara A. Bush                        .
                                                  John M. Thomas
                                                  Tamara A. Bush
                                                  Attorneys for Defendant
                                                  TOYOTA MOTOR SALES, U.S.A., INC.


Dated:  May 25, 2017                          GLANCY PRONGAY & MURRAY LLP


                                             By:  /s/ Mark S. Greenstone                    .
                                                  Lionel Z. Glancy
                                                  Mark S. Greenstone
                                                  Attorneys for Plaintiffs
                                                  MICHAEL ROBEY, MOE ASGHARNIA
                                                  and JAMES COMB Individually and On
                                                  Behalf of a Class of Similarly Situated
                                                  Individuals


### General Order 45, Section X Certification

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section X(B).

JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE
RESPONSE TO AMENDED COMPLAINT
CASE NO. 3:16-CV-07212-EMC

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Stipulation and [Proposed] Order Concerning Time to File Response to Amended Complaint, and for good cause appearing, **IT IS HEREBY ORDERED THAT**:

1.     Defendant's response to Plaintiffs' Amended Complaint shall be continued from May 26, 2017, until July 10, 2017.

**IT IS SO ORDERED.**

DATED:_____5/30/17_____     By: _____



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE

---

4811-3651-7705.1
ID\BUSH, TAMARA - 111067\000005

4

JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TIME TO FILE
RESPONSE TO AMENDED COMPLAINT
CASE NO. 3:16-CV-07212-EMC

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071