DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL ROBEY, MOE ASGHARNIA and JAMES COMB, Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-07212-EMC<br><br>[Assigned to Hon. Edward M. Chen]<br><br>**CLASS ACTION**<br><br>**PR̶O̶P̶OSED ORDER RE STIPULATED REQUEST TO CONTINUE ADR DEADLINE AND CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:     December 16, 2016<br>1st Amended Complaint:    April 7, 2017 |

The Court, having considered the parties' Stipulation and good cause having been shown, ORDERS that:

1. The ADR deadline be continued from February 25, 2018 to March 7, 2018.

---

1

**PROPOSED ORDER RE STIPULATED REQUEST TO CONTINUE ADR DEADLINE AND CASE MANAGEMENT CONFERENCE**

Case No. 3:16-cv-07212-EMC

2. The case management conference currently set for March 1, 2018 be continued to April 5, 2018.

IT IS SO ORDERED.

DATED: 1/31/18  By:  _____
DISTRICT JUDGE