GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiffs*

DYKEMA GOSSETT LLP
Tamara A. Bush (SBN 197153)
tbush@dykema.com
John M. Thomas (SBN 266842)
jthomas@dykema.com
Abriami Gnandadesigan (SBN 263375)
aganadesigan@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457 – 1800
Facsimile: (213) 457 -1850

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ROBEY, MOE ASGHARNIA and JAMES COMB Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiff,<br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendant. | Case No. 3:16-cv-07212-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION FOR DISMISSAL**<br><br>**[F.R. Civ. P. 41(a)(1)(A)(ii)]** |

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATED**, by and among Plaintiffs Michael Robey, Moe | |
| 2 | Asgharnia, and James Comb ("Plaintiffs") and Defendant Toyota Motor Sales U.S.A., Inc. | |
| 3 | and Toyota Motor Corporation ("Defendant" or "Toyota"), by and through their undersigned | |
| 4 | counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned | |
| 5 | action is hereby dismissed without prejudice as to the class claims and with prejudice as to | |
| 6 | | |
| 7 | plaintiffs' individual claims. | |

Dated: April 27, 2018                GLANCY PRONGAY & MURRAY LLP

By: *s/ Mark S. Greenstone*
Lionel Z. Glancy
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiffs*

Dated: April 27, 2018                DYKEMA GOSSETT LLPLLP

By: */s Tamara A. Bush*
Tamara A. Bush (SBN 197153)
tbush@dykema.com
John M. Thomas (SBN 266842)
jthomas@dykema.com
Abriami Gnandadesigan (SBN 263375)
aganadesigan@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457 – 1800
Facsimile: (213) 457 -1850

*Attorneys for Defendant*

```
IT IS SO ORDERED.  5/17/18 CMC
vacated.
```



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## **General Order 45, Section X Certification**

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section X(B).

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 27, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2018, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 3:16-cv-07212-EMC Robey v. Toyota Motor Sales, U.S.A., Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tamara Alicia Bush**
  tbush@dykema.com,kforrand@dykema.com,docketla@dykema.com

- **Janet L. Conigliaro**
  jconigliaro@dykema.com,docket@dykema.com,jjackson@dykema.com

- **Abirami Gnanadesigan**
  agnanadesigan@dykema.com,cacossano@dykema.com,svital@dykema.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com,info@glancylaw.com

- **John Mark Thomas**
  jthomas@dykema.com,abooth@dykema.com,ranger@dykema.com,docket@dykema.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)